IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEC 06 2010

**Plaintiff(s)**
Samuel C. Gosley Sr.
522 Lumber St. Apt 54
Salisbury, Md. 21801

— ex Democratic President
Candidate of Maryland
for United States
1982 and 2009
Check Governor Howard
Dean

**Defendant(s)**
First Federal Bank Credit Union
Miss Janet Richardson
701 South Broadway
Georgetown, Kentucky
Phone 859-344-7270
Fax. 859-344-7270

Democratic
President Campaign
Washington, DC

Civil No.: _____
(Leave blank. To be filled in by Court.)

JFM 10 CV 3421

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 12/2000)                     1

2. The facts of this case are:

The above lady was to let know about the approval of the federal insured loan. The insured loan is for the property at 2199 Maysville, Kentucky. They property contain 586 plus acres and two homes. Also in ground pool (swimming) and horse barn with 103 stalls that have 34 paddocks; 18 fields; office; equipment barn; training track; and hay storage, also a large tennis court and golf putting green. Plus Carlisle thoroughbred horse and cattle farm consisting of 198 gently rolling acres in central Kentucky with 71 acres of alfalfa hay and three bedroom home. I am a member of thoroughbred horse time magazine out of Lahoea, state Plus fifty dollar share in CIH federal credit union in Alexandria, Virginia. 2 was approved for $16,500,000 improved cattle and horse and grain farm over 8000 acres Plus the potents throngs in 1982 but have womsard waste water system.

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____


_____          _____
(Date)                                    (Signature)

                                          _____

                                          _____

                                          _____

                                          (Printed name, address and phone number of
                                           Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.